**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

**CIVIL ACTION NO.:  4:23-cv-05909-RBH**

| | | |
|---|---|---|
| K.A.M.C.P., LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF DISMISSAL** |
| | ) | (**Without Prejudice**) |
| ARCm Realty, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the provisions of Rule 41(a)(1) of the <u>Federal Rules of Civil Procedure</u>, the above referenced action is hereby dismissed without prejudice this 26th day of February, 2024.

February 26, 2024

<u>s/*Michael S. Hopewell*</u>
MICHAEL S. HOPEWELL (Federal ID #5776)
Attorney for Plaintiff

ABBOTT, MCKISSICK & HOPEWELL, LLC
470 W. Evans Street
Post Office Box 148
Florence, SC  29503
(843) 669-0089
(843) 669-0085 fax
*mhopewell@amhattorneys.com*